**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAMYLLA EDUARDA DE OLIVEIRA LIMA,<br>Petitioner,<br>v.<br>ERNESTO SANTACRUZ JR., et al.,<br>Respondents. | Case No. 5:26-cv-04050-MBK<br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS |

Petitioner Kamyllah Eduarda de Oliveira Lima is a native and citizen of Brazil. Dkt. 1 at 5. On or about July 26, 2019, Petitioner entered the United States through a designated port of entry with a valid B-1-B-2 visa. *Id.* She was inspected and admitted by immigration authorities at that time. *Id.* Since then, Ms. Lima has continuously resided in the United States and established significant community, family, and residential ties. *Id.* Petitioner is the mother and sole caregiver of two young United States citizen children, who are five and three years old. *Id.*

On July 15, 2026, immigration authorities detained Petitioner at the Los Angeles International Airport. *Id.* She was transferred to the Adelanto Detention Facility, where she remains detained. *Id.* There is no indication that the Department of Homeland Security has served Petitioner with a Notice to Appear ("NTA") or initiated removal proceedings. Petitioner is not subject to a final order of removal, and has not sustained any criminal convictions while living in the United States. *Id.* at 6. During her time in custody, Petitioner has not been afforded a bond hearing or any other meaningful opportunity to argue that she should not be detained. *Id.*

Petitioner filed the instant habeas petition on July 20, 2026. Dkt. 1. Petitioner alleges that her re-detention violates: (1) the Immigration and Nationality Act; and (2) procedural due process. *Id.* at 12-15. Among other relief, Petitioner requests that the Court order her immediate release under reasonable conditions of supervision. *Id.* at 17. Petitioner included a motion for a temporary restraining order ("TRO") as part of her Petition. *Id.* at 15-16. The Court ordered Respondents to respond to the TRO on or before July 23, 2026 and set a hearing on the TRO for July 24, 2026. Dkt. 8.

On July 23, 2026, Respondents filed an Answer in which they state that they "are not presenting an opposition argument." Dkt. 10 at 2. Respondents further state: "Should the Court enter relief, judgment may be entered, and consistent with the 'expeditious resolution' of § 2241 Immigration Petitions required by the General Order, no more filings or proceedings will be necessary in this matter." *Id.* On July 24, 2026, the Court vacated hearing on Petitioner's TRO. Dkt. 11.

Respondents' failure to oppose Petitioner's claims is a concession. *See Rojas v. Mullin*, No. 26-cv-1437-FMO-MAA, 2026 WL 1105039, at *1 (C.D. Cal. Apr. 17, 2026) (granting petition where "the court construes respondents'

failure to address petitioner's due process claim as a concession"); *Khoury v. Noem*, No. 5:26-cv-00113-SRM-MBK, 2026 WL 846040, at *3 (C.D. Cal. Jan. 22, 2026) (granting TRO requiring the petitioner's release where "the Court construes Respondents' failure to address this argument as a concession that Petitioner is likely to succeed on the merits of this claim"); *E-M- v. Hermosillo*, No. 3:25-cv-1083-SI, 2026 WL 883776, at *1 (D. Or. Mar. 31, 2026) ("Respondents do not challenge Count Three on the merits and thus the Court finds that Respondents have waived any such challenge and conceded those aspects of Count Three of the Petition"); *Soleimani v. Larose*, No. 25-cv-3082-DMS-DEB, 2025 WL 3268412, at *3 (S.D. Cal. Nov. 24, 2025) (granting petition because, "[b]y failing to respond to the claims actually asserted, Respondents have conceded the claims").

Accordingly, the Court finds that Petitioner is entitled to release because her ongoing detention violates due process. The Court ORDERS the following: (1) Judgment be entered granting the Petition; (2) a writ of habeas corpus be issued requiring Petitioner Kamylla Eduarda de Oliveira Lima's (A# 2226-137-519) immediate release subject to reasonable conditions of supervision; and (3) that Respondents file a status report within three (3) calendar days from the date of this order confirming Petitioner's release and compliance with this order.

Dated: July 24, 2026

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE